# Exhibit D



May 27, 2011

Mr. Benjamin J. Kozik
198 College Hill Rd
Clinton, NY 13323

Dear Emily,

/0-/-36/00/-4006

I write this letter to extend your appointment to the position of Intern in the Department of Athletics as Assistant Football Coach. Your monthly salary for this position will be $1,000.00. You will be paid at the end of the month, commencing June 1, 2011, with an anticipated ending date of June 30, 2011. You will be paid this salary only for the month you work during the duration of the contract. This contract may be modified with approval by the head coach and the Director of Athletics. Part-time positions such as these do not carry fringe benefits.

If you have questions regarding the responsibilities or work schedule of this position, I encourage you to raise them with Coach Stetson.

Sincerely,

Jon Hind
Director of Athletics

Coach
° 1000 june

JH/kjh

cc:   Human Resources
      Business Office
      Carol Young
      Steve Stetson

Hamilton College / 198 College Hill Road / Clinton, NY 13323 / 315-859-4114 / Fax: 315-859-4117
www.hamilton.edu/athletics

D000122