# Exhibit K



Samantha Campione <scampion@hamilton.edu>

# Fwd: Request

1 message

**Stephen Stemkoski** <sstemkos@hamilton.edu>  Mon, Feb 20, 2012 at 11:58 PM
To: Samantha Cavanaugh <scavanau@hamilton.edu>

Hi Sam-

This is what I received from Ben.....any chance you could generate a letter for him...?

Thank you.
Steve

---------- Forwarded message ----------
From: **Benjamin Kozik** <bkozik@hamilton.edu>
Date: Mon, Feb 20, 2012 at 9:43 AM
Subject: Re: Request
To: Stephen Stemkoski <sstemkos@hamilton.edu>


Steve,

Sorry it has taken me a few days to get back to you.

This is for potential temporary assistance since I may be considered a "low income individual."

The address is the following:

Oneida County Department of Social Services
Oneida County Office Building
800 Park Avenue
Utica, New York  13501

If you could send it to me in interoffice mail, it would be much appreciated. I have to send it in with some other paperwork.

Thanks,
Ben

--
Ben Kozik
Assistant Women's Basketball Coach
Assistant Football Coach
Hamilton College
198 College Hill Road
Clinton, NY 13323
Phone: (315) 859-4791
Fax: (315) 859-4117

D000172

On 2/16/12, Stephen Stemkoski <sstemkos@hamilton.edu> wrote:
> Hi Ben-
>
> Happy to get pay rate information together for you.
> Just wondering what this is for and/or whom I should address to?
>
> I do have your employment letter for Football that states $1050 per
> month....
>
> Feel free to call me...my ext. is 4301.
>
> Steve S.
>
>
>
> On Wed, Feb 15, 2012 at 1:34 PM, Benjamin Kozik <bkozik@hamilton.edu> wrote:
>
>> Steve,
>>
>> I am writing to request from you a letter written on Hamilton
>> letterhead which states my approximate annual salary.
>>
>> I currently make $1,050 per month as football coach (August-May) and I
>> made $500 per month as an Asst. Women's Basketball Coach for 4 months,
>> for a total of $2,000.
>>
>> Please let me know if you or a member of your staff is able to write
>> this for me.
>>
>> Thanks,
>> Ben
>>
>> --
>> Ben Kozik
>> Assistant Women's Basketball Coach
>> Assistant Football Coach
>> Hamilton College
>> 198 College Hill Road
>> Clinton, NY 13323
>> Phone: (315) 859-4791
>> Fax: (315) 859-4117
>>
>