# Exhibit L

# HAMILTON COLLEGE

# FOOTBALL



## 2012

## STAFF MANUAL

D000211

# HAMILTON FOOTBALL

## 2012 STAFF

| COACHING STAFF | POSITION | OFFICE PHONE | OFFICE | CELL NUMBER | EMAIL |
|---|---|---|---|---|---|
| Anderson, Ryan | Offensive Coordinator | x4763 | | (717)965-5459 | rcanders@hamilton.edu |
| Cohen, Andrew | Head Coach/Defensive Coordinator/LB | x4757 | | (570)428-2872 | amcohen@hamilton.edu |
| Friedman, Jeffrey | Defensive Backs Coach | x4831 | | (201)926-8664 | jfriedma@hamilton.edu |
| Kozik, Benjamin | Wide Receivers Coach/Special Teams Coordinator | x4851 | | (774)239-3332 | bkozik@hamilton.edu |
| LaBrecque, Les | | | | (315)853-8462 | |
| Robertson, Bryce | Cornerbacks Coach | | | (985)210-6614 | |
| Spicer, Bill | Defensive Line Coach | x4769 | | (315)445-8961 | bspicer@hamilton.edu |
| Stanimer, Terry | | | | | |
| Wright, Matthew | Offensive Line Coach/Recruiting Coordinator | x4867 | | (518)578-8064 | mgwright@hamilton.edu |

| SUPPORT STAFF | POSITION | OFFICE PHONE | OFFICE | CELL NUMBER | EMAIL |
|---|---|---|---|---|---|
| Adey, Paul | Strength and Conditioning Coach | x5305/x4835 | | | Paul8080@aol.com |
| Hutchins, Kim | Senior Athletics Assistant | x4752 | Athletic Office | | khutchin@hamilton.edu |
| Murphy, Dennis | Equipment Manager | x4765 | Equipment Room | | dmurphy@hamilton.edu |
| Phelan, Nanci | Administrative Assistant | x4751 | Athletic Office | | nphelan@hamilton.edu |
| Siddon, Scott | Athletic Trainer | x4766 | Training Room | (315)796-6137 | ssiddon@hamilton.edu |

D000212



2012 CONTACT INFORMATION

| FIRST | LAST | CL | HOME ADDRESS | HOME CITY | ST | ZIP | HOME PHONE | CELL PHONE | EMAIL |
|-------|------|----|--------------|-----------|----|----|-----------|-----------|-------|

Redacted

Page 3 of 34



D000214



Redacted

Page 5 of 34

FIRST  LAST  CL  HOME ADDRESS  HOME CITY  ST  ZIP  HOME PHONE  CELL PHONE  EMAIL

D000215

| First | Last | CL | Home Address | Home City | St | Zip | Home Phone | Cell Phone | Email |
|-------|------|----|--------------|-----------|----|----|------------|-----------|-------|

Redacted

Page 6 of 34

D000216

## STAFF RESPONSIBILITIES

- **Bill Spicer**- Defensive Line Coach/Head Softball Coach
  - Aid the Defensive Coordinator in development and implementation of the game and practice plans.
  - Assist in preparing the scouting report and game day operations.
  - Monitor your position group's academic progress.
  - Sideline Coaching Program.
  - Assist in organizing the golf outing.
  - Liaison with the game officials via Coach Adey.
  - Work Big Man's Camp with the Head Coach.
  - Organize NY High School Coaches' gatherings/clinics/meetings.
  - Liaison with the weight room.

- **Matt Wright**- Offensive Line Coach/Recruiting Coordinator
  - Aid the Offensive Coordinator in development and implementation of the game plan and practice plan.
  - Assist in preparing the scouting report and game day operations.
  - Business manager/Budget.
  - Road Game Preparation= Hotels, Food, Buses, Room Lists, etc.
  - Monitor your position groups' academic progress.
  - Equipment room liaison.
  - Summer living opportunities for players.
  - Campus room reservations.

- **Ryan Anderson**- QB Coach/Offensive Coordinator
  - Supervise development of the offensive game plan and practice plan.
  - Monitor academic progress of the QBs.
  - Coordinate offensive staff work including scouting and game day operations.
  - Coordinate playbook and installation of the offense.
  - Lead Coach for the golf outing= Tee sponsors, Enrollment, Prizes, Raffles, etc.
  - Liaison for athletic trainers.
  - Lead Coach for PAT/FG and Holders.

- **Ben Kozik**- Wide Receivers Coach/Special Teams Coordinator
  - Aid the Offensive Coordinator in development and implementation of the game plan and practice plan.
  - Assist in preparing the scouting report and game day operations.
  - Summer Job Coordinator
  - Summer Skills Camp Coordination.
  - Monitor your position group's academic progress.
  - Locker Room Police.
  - Print up offensive practice plans.
  - DVSport Liaison.
  - Road game and home game itineraries.
  - Post offensive practice schedule.

- **Jeff Friedman**- Defensive Backs Coach
  - Aid the Defensive Coordinator in developing and implementing the defensive game and practice plans.
  - Assigned scouting report assignments.
  - Admissions Liaison.
  - CyberSports Liaison.
  - Muddle Huddle- Garbage Rules- Punt Safe- Victory.
  - Monitor Academic progress of DBs.
  - Responsible for charging and bringing the head sets.

D000217

- **Bryce Robertson-** Cornerbacks Coach
  - o Aid the Defensive Coordinator in developing and implementing the defensive game and practice plans.
  - o Cut film Saturday night.
  - o Locker room police.
  - o Post defensive practice schedule.
  - o Post Special Teams depth chart.
  - o Monitor academic progress of DBs.
  - o Bring grease boards, markers and towels to field for game day.
  - o Clean up liaison for Murph.

- **NEW COACH-** Running Backs Coach
  - o Aid the Offensive Coordinator in development and implementation of the game plan and practice plan.
  - o Assist in preparing the scouting report and game day operations.
  - o Academic Coordinator
  - o Monitor Academic progress of RBs.
  - o Coordinate filmers for practice.

- **Terry Stanimer-** Tight Ends/Assistant Offensive Line Coach
  - o Aid the Offensive Coordinator in development and implementation of the game plan and practice plan.
  - o Assist in preparing the scouting report and game day operations.
  - o Monitor academic progress of the TEs.
  - o Assist in organizing the golf outing.
  - o "Read List" for Game Day.

- **Les LaBrecque-** Assistant Offensive Line Coach
  - o Practice field set up—Exactly how we want it.
  - o Bring equipment to the field.
  - o Football operations assisting Matt Wright.
  - o Write Recruiting Letters.

D000218

## **STAFF WEEKLY SCHEDULE**

SUNDAY

- **Defense**:  By 11:15 have our Saturday film graded and point chart numbers done.  11:30 to 12:30 we will watch the previous game film together as a staff.
- **Offense**: Have film graded by 12:00.
- **Kozik**: Special Teams film graded by 11:00.
- **Bryce**: Have Corners and Self Scout done by 11:30.
- **12:15 to 1:00**:  Special Teams Film as a Staff.
- **1:00 to 1:30**: Entire Staff Meeting to review game by position.  Players of the week.  Set plan for the week.
- **1:30 to 1:40**: Sid's Injury Report.
- **Offense**: On their own for the rest of the day.
- **1:45 to 3:00**: Jeff and Bryce break down opponent's last game film.  By the end of the day, Bryce posts the Defense Point Chart/Goals
- **1:45 to 6:00**: Cohen will watch 3-4 game films and draw plays by formation and personnel on THE BOARD.
- **3:00 to 6:00**:
  - ○ **Jeff**:  Work on 3 and 5 step pass plays by Personnel/Formation/Down and Distance, and draw up all routes
  - ○ **Bryce**: Watch and draw all sprints, screens, play-action pass, print up the down and distance and play by formation and personnel chart
  - ○ **Spicer**:  Draw up all run plays, formulate where they want to run the ball and why.
- **6:00 to 7:00**: Dinner
- **6:00 to 7:30**: Offense Recruiting Calls
- **7:00 to 8:30**: Defensive Recruiting Calls
- **8:30 to 10:30**:
  - ○ **Bryce**:  Finish schemes and type them up for the scouting report (2 deep, position review, summary and cover sheet).
  - ○ **Cohen**:  Watch top personnel film.
  - ○ **Jeff**:  Draw 3 and 5 step pass for the scouting report.
  - ○ **Spicer**: Charts run plays.

MONDAY

- **6:30 to 6:40 am**: Team Meeting
- **6:40 to 7:30 am**: Offense Lifts/Defense Film
- **7:35 to 8:25 am**: Defense Lifts/Offense Film
- **8:25 to 8:45 am**:
  - ○ **Cohen**: Type up RB evaluations for the scouting report
  - ○ **Spicer**: Type up OL evaluations for the scouting report
  - ○ **Jeff**: Type up QB/WR evaluations for the scouting report
  - ○ **Bryce**: Type up TE evaluations for the scouting report
- **8:45 to 9:00 am**: Staff meeting/Practice Schedule/Weekly Theme
- **9:00 am**: Trainers Meeting/Injury Report
- **9:00 to 10:00 am**: Defense finishes and copies the scouting report.  Offense on own
- **10:00 to 12:00**: Defense watches and plans 1+ personnel group for 1st and 2nd Downs
- **12:00 to 12:45**: Workout
- **12:45 to 2:15**: Game Plan #2 personnel groups
- **2:15 to 3:45**: Game Plan #3 personnel groups
- **4:00 to 4:20**: Scouting Report/Position Meetings
- **4:25 to 4:55**: Special Teams Film Review
- **5:00 to 5:45**: Practice
- **5:45 to 6:00**: Run 110 yard striders
- **6:00 to 7:00**: Dinner
- **7:00 to 8:00**: Recruit Calls
- **8:30 to 10:30**: Offense/Defense on own.  Defense finish last personnel group game planning

D000219

TUESDAY

- **7:00 to 7:20 am**: Staff Meeting.  Do Practice Plan
- **7:30 to 8:20 am**: Position Meetings for Offense and Defense
- **8:30 to 9:00 am**: Staff watches opponent Special Teams together
- **9:00 to 9:10 am**: Injury Report
- **9:10 to 11:00 am**:
  - **Bryce**: Print up self scout, field zones, red zone, goal line, short yardage and 3rd down plays
  - **Jeff**: Script and draw pass skelly
  - **Cohen**: Draw scripts and cards for team
  - **Spicer**: Draw up team run
- **11:00 to 12:00**: Review and check cards
- **12:00 to 12:45**: Workout/Lunch
- **1:00 to 3:00**: Start game plan for 3rd downs.  Have 2-4 3rd down plays in practice with Dime
- **4:15 to 4:30**: Walkthrough
- **4:30 to 6:35**: Practice
- **6:35 to 7:30**: Dinner
- **7:30 to 8:30**: Recruiting Calls
- **8:30 to 10:30**: Practice Film Review/Go Over Plan/Any Adjustments

WEDNESDAY

- **7:00 to 7:20 am**: Staff Meeting/Practice Plan
- **7:30 to 8:20 am**: Position Meetings
- **8:30 to 9:00 am**: Staff watches Special Teams film of Tuesday Practice
- **9:00 to 9:10 am**: Sid Injury Report
- **9:10 to 10:30 am**: Coaches draw scripts and cards
- **10:30 to 11:20 am**: Finish 3rd Down Plan
- **11:20 to 12:00**: Review and Check Cards
- **12:00 to 1:00**: Workout/Lunch
- **1:00 to 4:15**:
  - **Jeff/Bryce**:  Break down 1-2 films of next opponent
  - **Cohen**:  Begins the call sheet/Study RZ, FZ, Self Scout
  - **Spicer**:  Recruit and practice plan
- **4:15 to 4:30**: Walkthrough
- **4:30 to 6:25**: Practice
- **6:25 to 7:25**: Dinner
- **7:30 to 9:30**: Practice Tape Review
- **9:30 to 10:30**: Entire staff recruits.  Spicer recruit on the way home

D000220

THURSDAY

- **7:30 to 8:20 am**: Position Meetings
- **8:30 to 9:00 am**: Practice Schedule/Staff Meeting
- **9:00 to 9:10 am**: Sid Injury Report Meeting
- **9:15 to 9:30 am**: Defensive Staff regroups- Game Plan final thoughts
- **9:30 to 12:00**:
  - **Cohen**: Draw Scripts/Cards and Tip Sheets
  - **Spicer**: Draw Cards and Tip Sheets
  - **Jeff/Bryce**: Break Down 3rd Game/Check and see if anything new in other games
- **12:00 to 1:00**: Lunch
- **1:00 to 2:00**: Review Cards
  - **1:00 to 3:30**: **Bryce**: Give Cohen RZ/SY/Field Zone Reports of opponents
- **2:00 to 3:45**: All Coaches have Tip Sheets finished
- **4:15 to 4:30**: Walkthrough
- **4:30 to 6:10**: Practice
- **Post Practice**:  Coaches leave and make 2 hours of recruiting calls at home.

FRIDAY

- **Recruit on own in AM**:
- **11:00 to 12:00**:  Staff Meeting
- **12:00 to 1:30**:  Lunch/Workout
- **1:30 to 3:50**:  Prepare for Practice
- **4:00 to 4:50**: Practice
- **5:30 to 6:45**: Eat
- **7:00 to 7:20**: Special Teams Meeting
- **7:20 to 8:00**: Offense/Defense Meeting
- **8:00 to 8:10**: Team Meeting

D000221

## EXPECTATIONS

WHAT YOU CAN EXPECT FROM THE COACHING STAFF:

1. That your success at Hamilton academically and athletically is the basis of the decisions we make.

2. To provide the leadership and training necessary to achieve our goals.

3. To assist you in any possible way, now and after you graduate.

4. To provide the discipline necessary to run a successful football program.

5. To treat you with respect.

WHAT YOU CAN EXPECT FROM YOUR TEAMMATE:

1. We will never let social matters take precedence over any academic or football related events.

2. Hamilton College is our home. We will love, honor and protect it by acting accordingly on and off the field as well as in the classroom.

3. We will put our team before all other personal matters because we believe that, as members of the team, we are all part of something much bigger than ourselves.

4. We will become a unit and put aside our differences to reach the goal of winning.

5. We will respect each other, the coaches, managers and the Hamilton community and treat them as we would like to be treated ourselves.

6. We will respect each other's property.

7. We must allow ourselves to take criticism and know our place on the team. We will be quick to listen and slow to speak.

8. We will be positive and encourage each other to strive for success on and off the field.

9. We will compete on every drill, rep, practice and game in order to better ourselves as a winning program.

10. We will be both mentally and physically tougher than every team in our conference because we will outwork them.

11. We will not lie. Our word is our bond. If we say it, we mean it.

12. We will succeed, we will win and we will graduate together as a unit.

13. Buy In! Place no doubts, and believe in what the coaches and administration are asking you to do.

D000222

## TEAM POLICIES

One basic rule that we have to DO WHAT IS RIGHT!  If each member of our team will follow this one rule, we will increase our chances of being successful.

| | |
|---|---|
| **ATTENDANCE:** | An absence from a practice or meeting must be excused by Coach Cohen.  An unexcused absence will result in suspension or dismissal from the team.  Turn off cell phones in all team meetings. |
| **PROMPTNESS:** | Be on time for all meetings and practices.  Tardiness will result in disciplinary actions given by the position coach for first offense.  Any other infraction of this rule will be dealt with by Coach Cohen.  Let there be no doubt!  Be early!  Coach Cohen's time is the official time. |
| **ALCOHOL/DRUGS:** | Alcohol and/or drug abuse will lead to suspension or dismissal.  Counseling is readily available.  Alcohol consumption during the week will result in suspension or dismissal from the team.  Stay out of bars or social events during the week.  See the trainer before taking any supplements. |
| **TOBACCO:** | NCAA rules prohibit the use of tobacco in any athletic facility.  This includes the use of cigarettes, cigars, pipes, chewing tobacco, and snuff. |
| **GAMBLING:** | Association with gambling is prohibited.  NCAA penalty is forfeiture of eligibility. |
| **THEFT, LYING OR CHEATING:** | Theft, lying and/or cheating will not be tolerated.  Anyone in violation of this rule will be subject to dismissal from the team. |
| **GROOMING:** | 1.  Grooming will be addressed on a case-by-case basis.  While traveling, we will represent Hamilton College with class.<br>2.  Campus Dress—Clean and neat is the standard for on-campus dress.  Do not dress for class as though you just left the practice field.  No Hamilton athletic wear other than a sweatshirt on cold days.<br>3.  Hats—No hats are to be worn indoors or while traveling with team.<br>4.  No jewelry allowed for practice or games.  This is for injury prevention. |
| **PLAYBOOKS:** | You are responsible for it.  All playbooks will be collected at the discretion of the coaching staff. |
| **LANGUAGE:** | Your language should reflect your respect for one another as human beings. Talk to one another as though you are sitting at your parents' (or parent's) dinner table.  Language on the field should not be used to vent your frustrations, as an attempt to raise your social or macho standard in the eyes of your teammates or be an escape for poor performance. |
| **LOCKER ROOM:** | PRIDE—Keep it clean!  No cleats, chewing or dipping in the locker room. |

D000223

**STEREO:**  Nothing should be played on the stereo that contains profanity or vulgar or demeaning language.  Any CD or tape played on the stereo that contains such language will immediately be confiscated.

**DINING HALL:**  Shirts and shoes at all times.  Bus your trays.  Do not waste food.

**PRACTICE CONDUCT:**  Complete taping and dressing before taking the field.  Hustle at all times.

**GAME CONDUCT:**  Stay in locker room until it is time to take the field.  No contact with friends and family before the game.  Hustle at all times.  Run on and off the field.  Cooperate with sideline organization.  Coaches and captains are the only ones to have discussions with officials.  Keep head in game at all times.  Represent Hamilton College and your team by playing with toughness, determination and class.

**PRE-GAME MEALS:**
**(Home)**  Wear travel gear or the designated dress code for the meal.

**HOME GAMES:**  Team meeting in locker room immediately after contest.  Follow this with a shower and then celebrate together as a team at the tailgate!

D000224

## TEAM TRAVEL

Team travel is planned to provide the best rooms, food and schedule to allow you to rest and finalize your personal preparation for Saturday's game. The itinerary and travel list will be posted and given out on Thursday after practice.

When we travel is it for a purpose: TO WIN A FOOTBALL GAME. The organization, discipline and rules of the football program travel with us.

**TRAVEL SQUAD:**     A list of players selected to travel will be posted on Thursday after practice.

**TRAVEL DRESS:**     We will wear our travel suits. No hats on the trip. If you leave the hotel room, you must wear your travel gear (collared shirt and pants). Appropriate footwear should be worn when not in the hotel room (no sandals, crocs, barefoot, etc.).

**REGULATIONS**

1. All players will travel to and from games with the team. If parents want to sign you out and return you to campus that evening, you must get approval from Coach Cohen prior to Thursday 5pm.
2. Visiting in a teammate's room is fine until 10:30 PM.
3. No visitors other than designated times. Remember the reason for the trip.
4. Lights out means just that. Watching TV is okay, but you must be in bed (11:00 PM).
5. No lounging around in the lobby except at designated times. Hamilton team members are not allowed in the bar area.
6. No charges to your room. This includes phone calls and movies.
7. No alcoholic beverages or drugs will be allowed on the trip. This includes on the bus ride to and from the game.
8. Prior to the game we are all business—time will be allotted to see friends and relatives following the game.
9. Schedule times will be carefully followed. Be late—be left!
10. You will be assigned a roommate. Do not switch. Any items missing from hotel rooms will be billed equally to all members of the assigned room.
11. Normally we will meet in visiting team locker room immediately after contest.
12. Be on Time! The bus will leave without you (BUDDY SYSTEM). Lateness to meetings/meals will be construed as a lack of desire to play and will result in a reduction of playing time.
13. Please check to see that you have all items for game day in your football travel bag. Items for Friday practice (including cleats) and personal items should be kept in a separate bag and kept with you.

D000225

## **PRACTICE POLICY**

1. It is your responsibility to get from meetings to the practice field on time.  Get taped prior to meetings if necessary.  Make equipment adjustments after practice.

2. Once you are on the practice field the intensity picks up.  Leave all social and academic concerns behind.  COMPETE!

3. When a late class ends, run from your class to get to the practice as soon as possible.

4. Check the bulletin board in the Locker Room each day before practice.  You are responsible for its contents.  This includes depth charts.

5.  Never walk on the practice field.  Sprint between drills and get to the spot on the field where you belong.

6. Always have your mouthpiece in during all contact periods.

7. Always have your helmet on and snapped during all drills.  Your helmet should never be out of your hand (i.e. on the ground) once you enter the practice field.  No sitting on your helmet.

8. Our resting position is on one knee with your helmet on or in hand.

9. For safety reasons, no jewelry should be worn during practice or games.  This includes earrings, tongue rings, necklaces, etc.

10. Wear prescribed equipment—mouthpiece, tail pads, etc.  If gear is not issued by the equipment manages, it is not worn to practice (ex: bandanas and tights).

11. Shirt must be tucked in and belt buckled.

12. You must wear white socks.

13. We always want to avoid fighting on the field.  If a fight does occur, do not attempt to break up or escalate.  Resolve any fight immediately after practice.  There is NO fighting and NO punches will be thrown.

14. The coach is always right on the football field.  Players should never question a coach on the field.  If there is a disagreement between a player and a coach, it should be cleared up after practice.  Avoid making excuses or giving reasons why you did something.  Take the criticism and explain yourself to the coach later.

15. Always practice with effort and intensity.

16. Report any injuries immediately after practice to the trainers and the position coach.

17. Any exposed clothing should be Hamilton College-issued.

18. No spat is permitted for practice.

D000226

19. We have 3 types of practice:
   A. <u>Full pads</u>, which includes helmet, mouthpiece, shoulder pads, practice jersey, practice pants with thigh, butt and knee pads, socks and cleats or turf shoes.
   B. <u>Uppers</u>, which includes helmet, mouthpiece, shoulder pads, practice jersey, sweats or shorts, socks and cleats or turf shoes.
   C. <u>No pads</u>, which includes Hamilton College t-shirt and shorts or Hamilton College sweat suit, and socks and cleats or turf shoes.  This may or may not include helmets.

20. We have three tempos for practice:
   A. <u>Walk-through</u> is a team period, which is half speed and focuses on assignment and communication.
   B. <u>Thud</u>, which is full speed, high intensity, but no tackling of the ball carrier or cut blocks.
   C. <u>Live</u>, which is game tempo with full tackling and cutting.
      i. WE NEVER touch the QB during any Live or Thud team drill.  Pass rush should get to the QB full speed then peel off to avoid any contact.

21. Control your language on the field.  During practice, there are often alumni, administrators and staff watching.  Conduct yourself with class.

## GAME POLICY

1. Be prepared and enter the game with expectation of winning the game.

2. NCAA rules mandate that all uniforms including height and color of socks are the same for every player.  Captains will make a decision on sock color and height (high or low) prior to the game.  No spat is permitted during games.  No head cover can be visible from underneath the helmet.  All shirts must be tucked in at the waist.  No messages or words are permissible on uniform or tape.  Towels will be small, tucked in at the waist and have no tape or messages on them.

3. We will take the field in groups (Kickers, Specialists, Skill Players and Lineman).  Times for departure from the locker room will be posted.  Know your time and be fully dressed at the proper time.

4. Take pride in the pre-game warm up.  The purpose of the warm up is to physically and mentally prepare for the game.  Be committed and stay focused.  Never talk to an opposing player.

5. On the sideline, we will be divided by offensive and defensive units.  The defense will be on the left of the 50 yard line and the offense on the right.  All players will be behind the designated line on the field at all times.  Do not crowd the coaches or officials.  STAY BACK!

6. Do not talk to any spectators.  Once the game starts, do not leave the field without permission from the HEAD COACH.

7. If you are a backup at any position or on any special team, have your helmet on and be ready to go at any moment.  Do not go onto the field until called upon by a COACH.

8. Special Teams will huddle as called by the SPECIAL TEAMS COACH.  You must know if you are on a given special team as a starter or backup.  If you are a backup, keep apprised of any injury to a starter at your position.  Be proactive with the coach to find out if the starter will play.

D000227

9. When an offensive or defensive unit comes off the field, they should report immediately to the bench area with the entire unit for any adjustments.

10. When on the playing field, do not take your helmet off for any reason.

11. Keep your poise on the field at all times.  Do not retaliate against another player if provoked.

12. After a touchdown, hand the ball to the official.  Expect to score.

13. Do not talk to players on the other team.  After a big play, spend your energy celebrating with your teammates.  After a big play that changes possession, celebrate with our team then get to the sideline immediately after.

14. Never leave the sideline to celebrate or get involved with an altercation on the field.

15. If injured during a play, stay on the ground until timeout is called and the trainer comes out.

16. After the game, shake hands with the opposition then proceed to an on-field meeting with the head coach ASAP.  For home games, the meeting will be in the middle of the field.

## **MEETING POLICY**

1. Be 5 minutes early for every meeting.

2. Come prepared to learn in meetings (playbook, notebook, pencil).

3. Falling asleep in a meeting will be treated like lateness.

4. All cell phones, pagers and electronic devices will be turned off in meetings.

5. Plan your personal schedule with regard to taping, training room, etc.  There is no excuse for being late, except for a class.

6. Let coach know of potential conflicts in your schedule immediately.

7. Always check in with the training room when sick or hurt.

8. No eating, dipping or sunflower seeds in meetings.  Water or soda is fine.

D000228

## WEIGHT ROOM POLICY

The weight room is an extension of the practice field:  all similar rules will apply.

1. Safety is the number one priority using the facility.  Horseplay will not be tolerated.

2. All equipment must be returned to its proper storage place immediately upon completion of its use.

3. Keep weights racked on weight trees—balanced out.

4. Keep dumbbells racked by weight.

5. You must come to the facility properly attired and in Hamilton gear.  In the summer, personal t-shirts are allowed as long as they do not have a logo from another school or college.

6. You are required to attend all schedule training sessions on time without exception.  If you are unable to attend, you must inform Coach Adey well in advance to make alternative arrangements.  Contacting your position coach is unacceptable.

7. If you are unable to complete any portion of a prescribed workout due to illness or injury, you must have this cleared by the Sports Medicine department.  You will be expected to complete all components of a prescribed workout otherwise.

8. The use of phones, audio systems and coaches' offices is strictly prohibited without authorization.

9. No food (including gum/candy) or drink (including personal water bottles) is permitted in the workout area.

10. All personal items not necessary for training must be stored in the storage area.

11. Be considerate and respectful of all individuals using the facility.

### WEIGHT ROOM OPPORTUNITY PROGRAM

- Late—Gassers with Prowlers= 1 time

- Miss—Gassers with Prowlers= 3 times

- Repeat Offense—Gassers with Board

- Third Late or Miss—Report to Coach Cohen

D000229

## TRAINING ROOM POLICY

The training room is not a social lounge.  Only those needing tape, first aid, treatment or rehab should be in the training room.

1.  Always wear shorts in the training room for all taping and treatments.  You must wear both a shirt and shorts when walking to and from the training room

2.  No equipment is allowed in the training room, including cleats.

3.  You must **shower** before receiving treatment in the training room.

4.  **Report all injuries to the Head Football Trainer, despite how minor they may first appear to the trainers.  If a player misses any part of practice, the player must report to the training room after practice.**

5.  There will be no treatment without the evaluation of a Hamilton trainer.

6.  No player should ever be late or absent for any training room times.  The training room is never a reason to be late for a meeting or practice.

7.  Missing treatments is an indication of being 100% healthy.  If there are circumstances that don't allow you to make a treatment session, call Scott Siddon.  Every player listed on the training room report must get daily treatment until the trainer has removed the player from the injured list.

8.  Treat all the members of the training staff with respect.

9.  No cursing or profanity in the training room.

10. If a player gets hurt during practice or a game, other players should stay away to allow the trainer to do his work.  Under no circumstances should any players attempt to aid the injured player by lifting him up without the supervision of a trainer.

11. Should an injury or illness occur during the night, contact the training room first:
    Training Room, x4766
    Scott Siddon,  Cell: (315)796-6137
    Health Center, x4111
    Emergency, x4000/9-1-1

12. Only our training staff can medically clear a player or remove a player from a football-related activity.  This includes weight room activities.

13. **ILLNESS:**
    1.  If you feel ill, report it immediately to Scott Siddon.  He will instruct you on what to do next.
    2.  Report to the athletic trainer and coaches the results of the physician's visit.
    3.  Unless bed rest is indicated, all sick athletes are expected to attend practice and meetings.

D000230

14. There is a daily training report in which the Head Trainer will designate the practice status of any injured player.  An injured player will be given one of 4 tags:
    1. **Full Go**- The player can participate in all drills and teamwork and will then be removed from the list.
    2. **As Tolerated**- The player is cleared for all drills and teamwork as pain tolerates.
    3. **Limited**- The player can only perform parts of practice based on the injury.
    4. **Out**- The player cannot practice any part of the day's practice.

15. Any injured players whom the trainer has determined to be unable to practice (**OUT**) should be wearing Hamilton gear during practice.  Any extended injury (coming to practice in street clothes) will be handled on an individual basis and must be approved by the Head Coach.

16. All players must see trainers after the game at designated times.

17. **TAPING:**

    1. The Athletic Trainer will decide whether you are taped or braced.

    2. If you are given a brace, you must wear it, for all practices and games.

    3. All offensive linemen will wear knee braces in practice and games.

    4. All defensive linemen will wear knee braces in practice, but it is not mandatory in games.

<u>TRAINING ROOM OPPORTUNITY PROGRAM</u>

- Late—Gassers with Prowlers= 1 time

- Miss—Gassers with Prowlers= 3 times

- Repeat Offense—Gassers with Board

- Third Late or Miss—Report to Coach Cohen

D000231

## EQUIPMENT ROOM- STADIUM

**This is our house!  You will be expected to keep our house respectable at all times.  Have enough class and courtesy in the appearance of the facility so that others may appreciate it as well, including teammates, family, recruits, alumni, sideline coaches, college administrators and any and all guests.  Cleanliness and personal hygiene are a priority.  In our home, invited guests are always welcome and we will be ready for them at all times.**

**EQUIPMENT:**

1.  All student-athletes will wear Hamilton issued equipment.

2.  You will be responsible for everything issued to you.  If you lose it, have it stolen, or it is otherwise missing, you will be billed for it per college policy.

3.  For your safety and compliance with NCAA rules, you are required to wear all equipment—mouthpiece, tail pad, knee pads, etc…

4.  **DO NOT** trade or borrow equipment with or from teammates.

5.  **DO NOT** cut or alter anything!  If you feel that something may need to be "fixed", see Murph.

6.  Inspect equipment daily.  It is your responsibility to report any damage to Murph in a timely manner.  Damaged equipment is not an excuse for being late to practice or meetings.

7.  Maintain the air in your helmet as it was when you were fitted for it.  Notify Scott Siddon if you need air in your helmet.  Many things can affect the air in your helmet and you are responsible for notifying Scott Siddon of any changes in the fit of your helmet.

8.  If you need "extra" pads [neck roll, etc.], Scott Siddon and Murph will evaluate what you will need.  The training room and equipment room will provide you with these items.

9.  All injured student-athletes will be on the field for the start of practice dressed in full pads unless told otherwise by Scott Siddon.

10. You are responsible for your own equipment—no one will throw a helmet.  Offenders will be dismissed from practice.

11. The equipment room is off limits to all players.

12. Any helmet problems at practice or in a game need to be taken care of immediately upon sensing a problem.

D000232

**LAUNDRY:**

1. You will be provided with a laundry loop.  It is to be maintained as follows:

    1. Only Hamilton issued laundry is to be placed on laundry loops.  Personal laundry, per NCAA rules, will not be washed.

    2. ALL LAUNDRY IS TO BE WASHED AFTER EVERY USE!

    3. Towels will be issued as needed and are to be placed in dirty towel hamper after every use.

    4. Game jersey and pants will be issued and returned **GAME DAY!**

## LOCKER ROOM

Our locker room is a tight, old facility.  It can quickly become very unpleasant if not cared for properly.  This takes a TEAM COMMITMENT.

1. Keep individual lockers clean and neat.  Do not keep unnecessary items in or around individual locker areas.

2. Do not leave food in any locker.  Not in yours or anyone else's!

3. Put garbage in the garbage.  Do not leave tape and bandages on the locker room floor.  If YOU see it, throw it away.

4. No visitors are allowed in our locker room.  This also pertains to friends and family before and after games.

5. Lock up all valuables in the compartment of your individual lockers.

6. Cleats are to be taken off outside and mud removed from them.  Do not "bang" walls with shoes to remove mud.

7. When removing tape, pre-wrap, ice bags, etc., place items in one of the numerous garbage cans located throughout the locker room. Ice bags are to be emptied before placing in the garbage can.

8. The locker room is not a storage area for clutter.  The locker room is to be kept clean at all times.  This includes all lockers.

9. Portable, personal music devices are the only music permitted in the locker room before a game.

10. Respect the property of others.  Stealing of another player's equipment is a violation of team rules.

D000233

## UNIFORM NUMBER POLICY

1. Uniform numbers are assigned according to available open numbers for incoming freshmen.

2. Changes in uniform number will occur in the spring.  Any request for a number change must be made to the HEAD COACH in the spring semester.

3. Uniform preference will be given in the order of experience in the program (Seniors—Juniors—Sophomores—Freshman) except in special circumstances determined by the HEAD COACH.

## PERSONAL CONDUCT POLICY

1. Be dependable and responsible.  If you can't make a commitment, call or inform the person involved.

2. Use good manners and be courteous to all persons who are trying to help you and support our program.

3. Do NOT play basketball during the season.

4. Absolutely NO HAZING of any kind.

5. The proper treatment of women on this campus will be a priority for our program.  We will lead the way in proper etiquette and politeness here at Hamilton College.

## DISCIPLINARY ACTIONS

1. The coaching staff will determine when there is a breach of our Personal Conduct Rules.

2. Not everyone will be dealt with the same, however, everyone will be dealt with fairly.

3. Types of disciplinary actions will differ with severity of offense and frequency.

4. Disciplinary actions could include running, up-downs, verbal reprimand, behavioral contract, suspension from practice or games and expulsion.

## ACADEMIC RESPONSIBILITY

1. You must attend class.  Coaches will monitor academics.

2. Be five minutes early to each class and be prepared.

3. The only classes we expect you to miss will be for team travel.

4. If you are not traveling with the team, then you must attend class.

5. We will monitor your academic progress on a regular basis.

6. Poor performance in the class room could result in not playing football.

D000234

## DRUG AND ALCOHOL POLICY

1. Our football program fully supports the athletic department drug and alcohol policy and will offer appropriate confidential counseling referral to any player who experiences a drug and alcohol problem.

2. The football program supports all institutional and NCAA-mandated drug testing.  Failure of a drug test and/or the possession and distribution of illegal drugs can cost you your eligibility or lead to suspension or dismissal from the football program.

3. There are 2 types of drug tests: NCAA and Institutional.  The punishments are different.

    a. An institutional drug test is administered by Hamilton medical personnel.  A failed test will result in parental notification, mandatory counseling and a team punishment.  A second failed test will lead to a suspension from football for at least one calendar year.  A third failure will result in expulsion from the team.
    b. An NCAA drug test is administered by an independent medical team.  A failed test will lead to a suspension from competition in football games for one calendar year.  A second failure will result in expulsion from the team.

4. Alcohol is a drug and should be treated as such.  Alcohol consumption negatively affects athletic performance as well as an athlete's conditioning and recovery system.

5. There will be no consumption of alcoholic beverages during the season Sunday through Friday.  Violation of this policy will lead to disciplinary action and possible suspension.

6. The NY state drinking age is 21.  State drinking laws mandate serious penalties for underage drinking.  CAUTION: NY STATE LAW ALSO PROHIBITS THE DISTRIBUTION OF ALCOHOL TO PERSONS UNDER THE AGE OF 21.

7. Any performance-enhancing supplement must be cleared for contents by the training room.  Many over-the-counter supplements contain substances banned by the NCAA.

8. The use of steroids is strictly prohibited.

D000235

## ACADEMIC POLICY

It is the primary goal of our football program that every member of the team graduates with a Hamilton degree.  It is imperative that every member of the football team is committed to succeeding in the classroom as well as the football field.

All freshman and students we deem as "at risk" will meet once per week with their position coach to review their academic progress and sign an academic truth statement.

The College does not tolerate any forms of academic dishonesty.  Below is Hamilton College's Academic Dishonesty Policy from the Honor Code section of the Hamilton College Student Handbook:

**Academic Dishonesty**

Any form of academic dishonesty is a serious offense in an academic community. At Hamilton such dishonesty will often result in removal from the course, assignment of an XF for the course, or separation from the College community, or some combination of these. It is essential, therefore, that every student understands the standards of academic honesty and how to avoid dishonesty by proper acknowledgment of intellectual indebtedness. The Honor Court will not excuse a lack of awareness or understanding of what constitutes academic dishonesty. Any attempt to commit any of the following infractions also constitutes academic dishonesty. Academic dishonesty includes but is not limited to:

1. **Plagiarism**: Failure to acknowledge ideas, phrases, data, music, or images used in any paper, examination, quiz, report, presentation, exercise or project submitted in a course but gained from another person. Guidelines for proper documentation are available from many sources, including the Hamilton College Style Sheet, which is provided to all first-year students and may be obtained at the Library or at the Writing Center. Similar guidelines for using sources in oral presentations are available from the Communication Department and the Oral Communication Center.
2. **Misrepresentation or falsification of data** in any coursework.
3. **Self-plagiarism:** the submission of one piece of work in more than one course without the written permission of the instructors involved.
4. **Cooperative or collaborative effort in coursework without acknowledgment.** Assume that acknowledgement is necessary any time you collaborate and/or cooperate, unless you are expressly informed that it is not. This is not meant to inhibit discussion and debate of academic subjects either inside or outside the classroom.
5. **Cooperative or collaborative effort in coursework without the explicit permission of the instructor.** Assume collaboration and/or cooperation are not permitted unless you are expressly informed that they are. This is not meant to inhibit discussion and debate of academic subjects either inside or outside the classroom.
6. **Cheating on examinations or tests:** to give or receive assistance from written material, another person, his or her paper, or any other source, including electronic sources, or to attempt to do so, during an examination or test. The only exceptions will be at the explicit instruction of the teacher of the course.
7. The **submission of work as one's own that has been prepared by another person.**
8. **Stealing, altering, redirecting, or otherwise tampering with the form or content of digital media created or presented by another person without explicit permission of that person.**

D000236

9. **Forgery or falsification of academic documents.** The chair of the Honor Court, after consultation with the dean of students, may remand such complaints to the Judicial Board.

### Student Obligation

Aside from refraining from all forms of academic dishonesty, Hamilton students are expected to take proactive steps to support the Honor Code and to respond to incidents of academic dishonesty. Such steps may include:

- signing a pledge on every exam and paper stating that the assignment has been completed in accordance with the Honor Code;
- informally discussing the Honor Code with incoming students;
- reporting suspected dishonesty to the instructor of the course, to the chair of the Honor Court, or to the dean of students;
- asking an instructor to proctor an exam when cheating has been witnessed or is suspected;
- tapping a pencil on a desk when a student witnesses cheating during an un-proctored exam;
- confronting a student suspected of violating the Honor Code.

http://www.hamilton.edu/student-handbook/studentconduct/honor-code

Below is Hamilton College's Policy on Sanctions for Honor Code Violations from the Honor Court Constitution section of the Hamilton College Student Handbook:

### Sanctions

1. In the case of a first violation of the Honor Code, the Honor Court will assign sanctions commensurate with the nature of the violation. In all cases of a first violation, the student will be required to complete a tutorial on academic integrity. If a student does not complete the tutorial on academic integrity within a thirty day period following notification of the Honor Court decision, the student will not be allowed to register for subsequent semesters, or graduate, until he or she has completed the tutorial. In addition, the Court may assign one or more of the following sanctions:
   a. In addition to any grade assigned by the faculty member for the particular academic work wherein the violation occurred, a record of the violation and all evidence pertaining to it will be kept in a separate student file in the Dean of Students' Office until one year after graduation. A copy of any letter to the student from the dean, and a report of the findings of the Honor Court, will be placed in this file, which will be open to the student's inspection.
   b. The student will be removed from the course, and a record of the violation and all evidence pertaining to it will be kept in the student's file in the Dean of Students' Office until one year after graduation. A copy of any letter to the student from the dean, and a report of the findings of the Honor Court, will be placed in this file, which will be open to the student's inspection. No record of the offense will appear on the student's transcript unless a second violation occurs.

D000237

c.  The student will be removed from the course and the notation "XF" placed on his or her transcript, which will record that XF means "Removed from the course for academic dishonesty." When the cumulative average is calculated, XF will carry the numerical value of F. After a period of two years, or before graduation, whichever comes first, the student may request in writing that the XF be removed from the student's transcript and be replaced with a grade of F provided the student has completed all assigned tutorials and has not been found responsible for subsequent violations of the Honor Code.  In extraordinary circumstances the Court after finding of responsibility in an Honor Court hearing may assign an XF to be recorded permanently on the student's transcript for the course in which a first violation has occurred.

d.  The student will be suspended from the College for a length of time to be determined by the Honor Court. The notation "Suspension for academic dishonesty" will appear on the transcript. After a period of two years from the end of the term of the suspension, or before graduation, whichever comes first, the student may request in writing that the notation be removed from the transcript provided the student has completed all assigned tutorials and has not been found responsible for subsequent violations of the Honor Code. Students will not normally be allowed to transfer credits completed at other institutions while on suspension.

2.  In the case of a second violation, after action by the Honor Court, an XF will be recorded permanently on the student's transcript for the course in which the second violation occurred, and the student will be dismissed from the College. The notation "Expulsion for academic dishonesty" will appear on the transcript.

3.  Other actions: In addition to or in place of the above actions, the Honor Court may modify the above sanctions or assign other sanctions, including community service, as it deems appropriate. It is understood, however, that such other actions will not involve the assignment of grades by the Court.

http://www.hamilton.edu/student-handbook/studentconduct/honor-court-constitution

D000238

## HAZING POLICY

In keeping with Hamilton College values and in support of the Student Handbook regulations, the football program endorses the following policy regarding hazing of fellow students and student-athletes, as quoted from the Student Handbook:

> The College prohibits hazing. Hazing is defined as any action or situation that recklessly or intentionally endangers the mental or physical health or safety of another person for the purpose of membership, advancement or continued good standing in any organization recognized by the College. In addition, any requirement by a member or pledge which compels another member or pledge to participate in any activity that is against College policy or New York State Law is defined as hazing.

> Hazing behaviors include but are not limited to the following:

> 1. forcing or requiring an individual to drink alcohol or use other substances or consume unreasonable amounts of food;
> 2. engaging in activities that compel an individual or group to remain at a certain place, or transporting anyone anywhere without their knowledge and/or consent (road trips, kidnaps, etc.);
> 3. creating excessive fatigue or distress through the deprivation of privacy, sufficient sleep or decent and edible meals;
> 4. participating in morally degrading or humiliating games and activities;
> 5. participation in or creation of situations that cause physical harm or emotional strain, such as causing a member or non-member to be the object of malicious amusement or ridicule;
> 6. using brutality or force.

> Any of these activities, if a condition, either directly or indirectly, of membership, advancement, or good standing in a College-recognized organization, shall be presumed to be a forced activity, the willingness of an individual to participate in such activity notwithstanding.  The College will treat the action of even one member of a group as constituting hazing by the entire group.

> Hazing is a violation of the New York State Law when such action by a group or organization recklessly or intentionally endangers mental or physical health or involves the forced consumption of liquor or drugs for the purpose of initiation or affiliation with any organization. Any individual, group or organization found responsible for hazing will be subject to disciplinary action, which may result in probation, suspension or revocation of College recognition.

> http://www.hamilton.edu/student-handbook/hazing

D000239

## RECRUITING POLICY—HOSTING

The role of the host is the most vital in the recruiting process. The impressions that the recruit takes away with him from his visit will go a long way in helping the recruit to determine where he goes to school.

EVERYONE ON THE TEAM MAY BE ASKED TO HOST RECRUITS. YOU MUST BE AVAILABLE FOR ALL RECRUITING WEEKENDS!

**RULES**:

1. You MAY NOT leave campus while entertaining a recruit. Your recruit is also prohibited from leaving campus.

2. A recruit is never allowed to use your car.

3. All recruits are minors, all bars are off limits and alcohol is prohibited.

4. All drug use by and near recruits is prohibited. DO NOT expose your recruit to that environment.

5. You MUST remain with your recruit at all times.

**GUIDELINES**:

1. Go out of your way to make the recruit feel comfortable.

2. Introduce your recruit to people. Make sure he meets as many members of this team as possible.

3. It is your job to show the recruit around, so have a plan but be sensitive to what he wants to do.

4. Make sure the recruit has a bed. Give him yours if you must.

5. Understand the itinerary for the weekend. BE ON TIME FOR ALL SCHEDULED APPOINTMENTS!

6. You are responsible for the recruit. You must stay with him at all times.

7. Answer all of the recruit's questions openly and honestly. Tell the recruits that they will be pushed academically and athletically.

8. Always use proper judgment.

9. Be positive!

If ANY problems occur during the recruit's stay, contact the recruiting coach, Coach Cohen or the recruiting coordinator immediately (the information is in the staff directory above).

If an emergency arises, contact campus safety/9-1-1 as appropriate, then contact either the recruiting coach, Coach Cohen and/or recruiting coordinator.

D000240

## LEADERSHIP COUNCIL

The Leadership Council is designed to give the players a vested interest in their football program.  It will discuss issues and concerns that may come up throughout the year with the head coach.  The council will consist of two players from the freshman class, two from the sophomore class, two from the junior class and two from the senior class.  The team captains will also serve on the leadership council.  The Leadership Council will meet monthly during the off-season with the head football coach.

## COMMUNITY SERVICE

It is important that we reach out to the community and lend the support of 70+ able bodied young men.  Each class will choose a community service activity with the approval of the head football coach.  The Leadership Council representative for each class will be responsible for making sure the community service activity is carried out.

1. Little League Field Clean Up

2. Bone Marrow Drive

3. Sponsor a Military Unit Overseas

4. Soup Kitchen

5. Food Truck

6. Etc.

D000241

## **PRACTICE ORGANIZATION**

1. Practice schedules should be posted one hour before each practice during both the regular season and pre-season training camp.  Coordinators are responsible for making sure schedules are posted.

2. The video liaison is responsible for getting practice schedule to video personnel.

3. Each coach should have a practice schedule, whistle, watch and pen for all practices.

4. Coordinators should keep a master file of all practice plans, scripts, game plans and other relevant material.  Copies should be provided for all assistant coaches.

5. Inform player(s) of any change in depth chart prior to posting.

6. End your meetings promptly.  To be efficient, have prioritized list of items you need to cover.  If you run short on time the last item on your list should be the least important.  Make sure your players out to practice on time.

7. Each meeting should cover:
   A. General Information.
   B. Corrections from Previous Workout or Game.
   C. New Information Relative to Installation or Adjustments.
   D. Motivational Material and Goals (i.e. techniques to improve on, etc.).
   E. Practice Schedule—What to Expect Today.

8. Jog onto practice field.  You must set the tempo for your players.  Hustle, be enthusiastic and have your area organized.

9. All players must jog on and off the practice field and hustle from drill to drill.

10. Everyone should be working during pre-practice.  If you are involved with a special teams group, have quality work planned for your position.

11. During stretch, be sure to:
    A. Coach your players.  Insist that they stretch properly.  Move about the group.
    B. Report any unexpected absences to Coach Cohen immediately.
    C. Check your players for proper gear.
    D. Motivate and prepare your players—let them know where to go for the next period.

12. Brief the equipment liaison of any particular equipment needs.  In order to ensure consistency, he will communicate with the equipment room.

13. Helmets are always on unless we are in a break or the player is on the sideline.  Never allow a player to leave his helmet on the ground.

14. Offensive coordinator is responsible for having a center assigned for every pass skeleton segment.

D000242

15. During the pre-season, we will incorporate water breaks into the practice schedule.  Allow your players to use the entire time allotted.  Players not involved in drills can water at any time.

16. No one sits on the practice field—always stand except during an official water break.  At that time, players may take a knee.

17. Set up equipment for drills beforehand.  Have a starting and finishing point for every drill—finish through the cone, go to the whistle, X amount of yards after the catch or run.  Make sure you're always playing in a good football position.

18. Stay on schedule.  Check your practice schedule and watch regularly.  Anticipate the next period.

19. Organize drills so that there are no long lines.  We must get ample individual work in a short period of time.

20. Utilize drills that relate to our offensive, defensive and special teams schemes.  Always explain why a drill is relevant to a player's success—this is both educational and motivational.

21. Injured players should attend all meetings.  They should dress in Hamilton issued gear and be with their position group or strength coach.

22. At the conclusion of practice, make sure our players form a tight huddle and listen to all assignments.  Hold your discussion with coaches and players until after we break.  Be prepared to speak to them briefly if you have announcements relative to your liaison duties.

D000243

### FOOTBALL STAFF MEETINGS

1.  It is your responsibility to know where and when we meet as a staff.

2.  Never be late to a staff meeting unless you have an emergency.  My time and your time are very valuable.

3.  Always be prepared at meetings. Have a pen, calendar and notebook ready.

4.  Please do not bring "other work" into our staff meetings.  We all need to focus on the discussion taking place.

5.  Please do not talk when someone else is talking.  We must listen and learn from each other.

### OFFICE DEMEANOR

1.  Check your mailbox each day and be aware of department news communicated through email. Avoid living in your own world.

2.  Keep your work area clean, neat and organized.  You represent our football program to players, administrators, other coaches, recruits, parents and alumni.

3.  Check your voicemail daily.  Respond quickly when I give you a call back assignment and report the outcome of the assignment to me.

4.  Check email regularly and copy me on any important emails, documents or memos you are sending from the office.

5.  We encourage our players to spend time in the office watching tape and visiting.  However, please do not have confidential information (depth chart, recruiting information, etc.) openly accessible to players.

### OFFICE ATTIRE

1.  We will be in one of two modes:
    A.  "Business Casual"- slacks, shoes, collared shirt (button down or golf shirt).
    B.  "Summer"- Shorts, warm ups, sneakers, golf shirt or sweatshirt.

2.  Sundays are always "Summer" dress days.

3.  I will give everyone notice if coat and tie are necessary.

D000244