# Exhibit N

To all,

I wanted to clarify some details regarding the choice of the meal plan vs. monetary compensation.

If you chose the meal plan - you are entitled to 21 meals per week at no charge.

If you opt out of the meal plan for monetary compensation - you will not be allowed to sign in for any meals on campus at any time. This will include, meals over breaks and meals with visiting recruits.

If you choose the lunch only meal plan, you will be entitled to 7 lunches per week (lunch runs from 11 - 2:00). You will not be allowed to sign in for any other meals at any time (i.e.: breakfast or dinner).

The monetary compensation is $300.00 for the entire meal plan, or $150.00 if you choose lunch only. Remember, this is pre-tax dollars.

FYI - the cost of purchasing meals at Commons on an individual basis are as follows:

Breakfast = $4.50
Lunch = $6.50
Dinner = $8.50

The prices at the diner are based on what you purchase.

If you would like to join, eliminate or reduce the meal plan, please email accordingly.

Feel free to contact me with any questions.

Kim