# Exhibit T

**Game Management**
**Spring Home 2011**

| | A |
|---|---|
| | Day |
| 1 | Saturday |
| 2 | Saturday |
| 3 | Saturday |
| 4 | Tuesday |
| 5 | Friday |
| 6 | Saturday |
| 7 | Saturday |
| 8 | Sunday |
| 9 | Tuesday |
| 10 | Tuesday |
| 11 | Saturday |
| 12 | Sunday |
| 13 | Tuesday |
| 14 | Friday |
| 15 | Saturday |
| 16 | Saturday |
| 17 | Saturday |
| 18 | Sunday |
| 19 | Sunday |
| 20 | |
| 21 | Tuesday |
| 22 | Wednesday |
| 23 | |
| 24 | Wednesday |
| 25 | Friday |
| 26 | Friday |
| 27 | Saturday |
| 28 | Saturday |
| 29 | Saturday |
| 30 | Saturday |
| 31 | Saturday |
| 32 | Sunday |
| 33 | Tuesday |
| 34 | Tuesday |

2/16/11

**Game Management**
**Spring Home 2011**

2/16/11

| | A |
|---|---|
| 35 | Wednesday |
| 36 | Wednesday |
| 37 | Friday |
| 38 | Saturday |
| 39 | Saturday |
| 40 | Saturday |
| 41 | Saturday |
| 42 | Saturday |
| 43 | Sunday |
| 44 | Sunday |
| 45 | Sunday |
| 46 | Sunday |
| 47 | ~~Monday~~ |
| 48 | Friday |
| 49 | Friday |
| 50 | Saturday |
| 51 | Saturday |
| 52 | Saturday |
| 53 | Saturday |
| 54 | Sunday |
| 55 | Sunday |
| 56 | Saturday |
| 57 | |
| 58 | |
| 59 | * Intern will need to announce as SID staff will be at lacrosse games. Script provided by them. |
| 60 | One intern each for M/W lacrosse, baseball/softball (2 people split games for DH) to run the clock/scoreboard. Arrive 30 mins. prior to start of all |
| 61 | |

2/16/11

**Game Management
Spring Home 2011**

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 1 | Event Date | Sport | Institution | Venue | Event Time | GM Staff |
| 2 | 3/5/2011 | Lacrosse (W) | Scrimmage Day | Steuben | 11:00 AM | |
| 3 | 3/12/2011 | Lacrosse (M) | Babson | Steuben | 1:00 PM | Perry |
| 4 | 3/22/2011 | Lacrosse (W) | SUNY Cortland | Steuben | 4:00 PM | Perry |
| 5 | 3/25/2011 | Lacrosse (W) | Nazareth | Steuben | 4:00 PM | Perry |
| 6 | 3/26/2011 | Lacrosse (M) | SUNY Potsdam | Steuben | 12:00 PM | Perry |
| 7 | 3/26/2011 | Lacrosse (W) | St. John Fisher | Steuben | 3:00 PM | Perry |
| 8 | 3/27/2011 | Softball | RIT | Ferguson | 1:00 PM | Melissia |
| 9 | 3/29/2011 | Softball | SUNY Morrisville | Ferguson | 3:30 PM | Gill |
| 10 | 3/29/2011 | Lacrosse (M) | SUNY Oneonta | Steuben | 4:00 PM | Gill |
| 11 | 4/2/2011 | Track&Fld (M/W) | Continental Invite | Love-Pritchard | 11:00 AM | Melissia |
| 12 | 4/3/2011 | Tennis (M) | Middlebury | Gray | 1:00 PM | Gill |
| 13 | 4/5/2011 | Lacrosse (W) | Middlebury | Steuben | 5:00 PM | Gill |
| 14 | 4/8/2011 | Lacrosse (W) | Vassar | Steuben | 4:00 PM | Gill |
| 15 | 4/9/2011 | Lacrosse (M) | Vassar | Steuben | 12:00 PM | Perry |
| 16 | 4/9/2011 | Lacrosse (W) | RPI | Steuben | 3:00 PM | Perry |
| 17 | 4/9/2011 | Crew-M/W | RIT | Rome, NY | tba | N/A |
| 18 | 4/10/2011 | Tennis (W) | Middlebury | Gray | 10:00 AM | Melissia |
| 19 | 4/10/2011 | Baseball | Mount St. Vincent | Royce | 1:00 PM | Melissia |
| 20 | 4/12/2011 | Softball | Morrisville | Ferguson | 3:30pm | Gill |
| 21 | 4/12/2011 | Golf | Spring Invite | Need | TBA | N/A |
| 22 | 4/13/2011 | Tennis (M) | Union | Gray | 4:00 PM | Gill |
| 23 | 4/13/2011 | Baseball | Utica College | Royce | 4:00PM | Gill |
| 24 | 4/14/2011 | Baseball | Utica College | Royce | 3:30 PM | Gill |
| 25 | 4/15/2011 | Baseball | Amherst | Royce | 4:00 PM | Melissia |
| 26 | 4/15/2011 | Softball | Middlebury | Ferguson | 5:00 PM | Melissia |
| 27 | 4/16/2011 | Baseball | Amherst | Royce | 12:00  11 AM | Melissia |
| 28 | 4/16/2011 | Softball | Middlebury | Ferguson | 12:00  10 AM | Melissia |
| 29 | 4/16/2011 | Lacrosse (M) | Clarkson | Steuben | 1:00 PM | Perry |
| 30 | 4/16/2011 | Golf | Hamilton Quad | Need | TBA | N/A |
| 31 | 4/16/2011 | Crew-M/W | SLU | Rome, NY | tba | N/A |
| 32 | 4/17/2011 | Golf | (Rain Date) | Need | TBA | N/A |
| 33 | 4/19/2011 | Softball | Cazenovia | Ferguson | 3:30 PM | Melissia |
| 34 | 4/19/2011 | Tennis (M) | SLU | Gray | 4:00 PM | Melissia |

D000003

2/16/11

## Game Management
## Spring Home 2011

| | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 35 | 4/20/2011 | Lacrosse (M) | Skidmore | Steuben | 5:00 PM | Melissia |
| 36 | 4/20/2011 | Baseball | SLU | Watertown | 6:00 PM | N/A |
| 37 | 4/22/2011 | Lacrosse (W) | William Smith | Steuben Field | 4:00 PM | Gill |
| 38 | 4/23/2011 | Lacrosse (M) | SUNY Morrisville | Steuben Field | 12:00 PM | Perry |
| 39 | 4/23/2011 | Lacrosse (W) | Univ of Rochester | Steuben Field | 3:00 PM | Gill |
| 40 | 4/23/2011 | Tennis (W) | Colby | Gray | 10:00 AM | Perry |
| 41 | 4/23/2011 | Tennis (M) | Colby | Gray | 1:00 PM | Perry |
| 42 | 4/23/2011 | Track & Fld-(MW) | Invitational | Love-Pritchard | tba | Melissia |
| 43 | 4/24/2011 | Lacrosse (W) | Alumnae Game | Steuben | 11:00 AM | N/A |
| 44 | 4/24/2011 | Tennis (W) | Bowdoin vs. Vassar | Gray | 3:00 PM | Gill |
| 45 | 4/24/2011 | Tennis (W) | Bowdoin | Gray | tba | Gill |
| 46 | 4/24/2011 | Tennis (M) | Bowdoin | Gray | tba | Gill |
| 47 | 4/25/2011 | Softball | SUNY-IT | Ferguson | 3:30 PM (2) | Melissia |
| 48 | 4/29/2011 | Baseball | Williams | Royce | 4:00 PM | Melissia |
| 49 | 4/29/2011 | Softball | Wesleyan | Ferguson | 5:00 PM | Melissia |
| 50 | 4/30/2011 | Tennis (W) | Conn College | Gray | 10:00 AM | Gill |
| 51 | 4/30/2011 | Baseball | Williams | Royce | 1:00PM(2) | Perry |
| 52 | 4/30/2011 | Softball | Wesleyan | Ferguson | 3:30 PM (2) | Perry |
| 53 | 4/30/2011 | Tennis (M) | Conn College | Gray | 2:00 PM | Perry |
| 54 | 5/1/2011 | Baseball | Williams | Royce | noon | Melissia??? |
| 55 | 5/1/2011 | Softball | Wesleyan | Ferguson | 10am | Melissia?? |
| 56 | 5/7/2011 | Baseball | St. John Fisher | Royce | 2:00 PM | ????? |
| 57 | | | | | | |
| 58 | | | | | | (CHECK w/Jim Taylor) |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |

D000004

**Game Management**
**Spring Home 2011**

| | H | I |
|---|---|---|
| | Intern | Names in green are confirmed   Student Workers |
| 1 | | |
| 2 | | |
| 3 | Jim/Ben | |
| 4 | Jeff/Emily | |
| 5 | Allysen/Graham | |
| 6 | Ben/Matt/Justin | |
| 7 | Sierra/Jeff | |
| 8 | Ben/Allysen | |
| 9 | Chendi/Emily | |
| 10 | Allysen/Sierra | |
| 11 | Matt | |
| 12 | N/A | |
| 13 | Justin | |
| 14 | Jeff | |
| 15 | Sierra/Chendi | |
| 16 | Jeff | |
| 17 | N/A | |
| 18 | N/A | |
| 19 | Matt | |
| 20 | Chendi/Emily | |
| 21 | N/A | |
| 22 | N/A | |
| 23 | Graham | |
| 24 | Graham | |
| 25 | Jim | |
| 26 | Emily | |
| 27 | Chendi/Allysen | |
| 28 | Jim/Emily | |
| 29 | Matt/Jeff | |
| 30 | N/A | |
| 31 | N/A | |
| 32 | N/A | |
| 33 | Sierra/Allysen | |
| 34 | N/A | Redacted |

2/16/11

2/16/11

| H | I |
|---|---|
| 35 Graham/Jeff | |
| 36 N/A | |
| 37 Jeff | |
| 38 Justin/Graham | |
| 39 Sierra | |
| 40 N/A | |
| 41 N/A | |
| 42 Chendi | |
| 43 N/A | |
| 44 N/A | |
| 45 N/A | |
| 46 N/A | |
| 47 | |
| 48 Matt | |
| 49 Justin | |
| 50 N/A | |
| 51 Justin/Chendi | |
| 52 Jim/Emily | |
| 53 N/A | |
| 54 Matt | |
| 55 Justin???? | |
| 56 ????? | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |

Redacted

Game Management
Spring Home 2011

# Game Management Home Schedule
## Spring 2012

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Event Day | Event Date | Sport | Institution | Field | Event Time |
| 2 | Saturday | 2/25 | Lacrosse (Men) | Scrimmage | Steuben Field | 11 AM thru 3 PM |
| 3 | Saturday | 3/3 | Lacrosse (Women) | Scrimmage Day | Steuben/Campus Rd Turf | 11:00 AM |
| 4 | Saturday | 3/10 | Lacrosse (Men) | Tufts | Steuben Field | 1:00 PM |
| 5 | Sunday | 3/11 | Lacrosse (Men) | Wesleyan | Steuben Field | 1:00 PM |
| 6 | Saturday | 3/24 | Lacrosse (Men) | Bowdoin | Steuben Field | 12:00 PM |
| 7 | Tuesday | 3/27 | Lacrosse (Women) | SUNY Oneonta | Steuben Field | 4:00 PM |
| 8 | Wednesday | 3/28 | Lacrosse (Men) | Middlebury | Steuben Field | 4:00 PM |
| 9 | Saturday | 3/31 | Track & Field-M/W | Invitational | Pritchard Track | 11:00 AM |
| 10 | Saturday | 3/31 | Lacrosse (Women) | Amherst | Steuben Field | 12:00 PM |
| 11 | Saturday | 3/31 | Tennis (Women) | RIT | Gray Tennis Courts | 1:00 PM |
| 12 | Wednesday | 4/4 | Tennis (Women) | Colgate University | Gray Tennis Courts | 4:00 PM |
| 13 | Saturday | 4/7 | Lacrosse (Men) | Bates | Steuben Field | 1:00 PM |
| 14 | Saturday | 4/7 | Baseball | SUNY-IT (DH) | Royce Baseball Field | 1:00 PM & 3 PM |
| 15 | Saturday | 4/7 | Crew-M/W | Union | Rome, NY | tba |
| 16 | Monday | 4/9 | Baseball | Cazenovia | DeLutis Field, Rome, NY | 4 PM & 6 PM |
| 17 | Tuesday | 4/10 | Softball | Utica College (DH) | Ferguson Softball Field | 3:30 PM |
| 18 | Tuesday | 4/10 | Golf | Invitational | Skenandoa Club | TBA |
| 19 | Friday | 4/13 | Baseball | Middlebury | Royce Baseball Field | 4:00 PM |
| 20 | Friday | 4/13 | Softball | Amherst | Ferguson Softball Field | 5:00 PM |
| 21 | Saturday | 4/14 | Softball | Amherst (DH) | Ferguson Softball Field | 12:00 PM |
| 22 | Saturday | 4/14 | Lacrosse (Women) | Conn College | Steuben Field | 12:00 PM |
| 23 | Saturday | 4/14 | Baseball | Middlebury (DH) | Royce Baseball Field | 12 PM & 3 PM |
| 24 | Saturday | 4/14 | Tennis (Women) | Trinity | Gray Tennis Courts | 12:30 PM |
| 25 | Saturday | 4/14 | Tennis (Men) | Trinity | Gray Tennis Courts | 4:00 PM |
| 26 | Saturday | 4/14 | Crew-M/W | RIT & William Smith | Rome, NY | tba |
| 27 | Sunday | 4/15 | Tennis (Men) | Wesleyan | Gray Tennis Courts | 10:00 AM |
| 28 | Sunday | 4/15 | Tennis (Women) | Wesleyan | Gray Tennis Courts | 1:00 PM |
| 29 | Tuesday | 4/17 | Track & Field-M/W | Need Participants | Pritchard Track | 4:00PM |
| 30 | Wednesday | 4/18 | Softball | SLU (DH) | Ferguson Softball Field | 3:30 PM |
| 31 | Wednesday | 4/18 | Lacrosse (Women) | Williams | Campus Road Turf | 7:00 PM |
| 32 | Friday | 4/20 | Baseball | Wesleyan | Royce Baseball Field | 4:00 PM |
| 33 | Saturday | 4/21 | Baseball | Wesleyan (DH) | Royce Baseball Field | 12 PM & 3 PM |
| 34 | Saturday | 4/21 | Lacrosse (Men) | Trinity | Stueben Field | 1:00 PM |
| 35 | Sunday | 4/22 | Baseball | Alumni Game | Royce Baseball Field | 11:00 AM |

01/18/12

# Game Management Home Schedule
## Spring 2012

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | **Event Day** | **Event Date** | **Sport** | **Institution** | **Field** | **Event Time** |
| 36 | Sunday | 4/22 | Crew-M/W | Univ. of Rochester | Rome, NY | tba |
| 37 | Event Day | Event Date | Sport | Institution | Field | Event Time |
| 38 | Tuesday | 4/24 | Lacrosse (Women) | Ithaca College | Steuben Field | 4:30 PM |
| 39 | Wednesday | 4/25 | Lacrosse (Men) | Utica College | Steuben Field | 4:00 PM |
| 40 | Wednesday | 4/25 | Softball | Cobleskill (DH) | Ferguson Softball Field | 3:30 PM |
| 41 | Wednesday | 4/25 | Tennis (Men) | Hobart | Gray Tennis Courts | 4:00 PM |
| 42 | Friday | 4/27 | Softball | Williams | Ferguson Softball Field | 5:00 PM |
| 43 | Saturday | 4/28 | Softball | Williams (DH) | Ferguson Softball Field | 12:00 PM |
| 44 | Sunday | 4/29 | Tennis (Women) | Utica College | Gray Tennis Courts | 1:00 PM & 3 PM |

**Game Management Home Schedule**
**Spring 2012**

| | G | | H |
|---|---|---|---|
| 1 | **GM Staff** | | **Intern** |
| 2 | | | N/A |
| 3 | | | N/A |
| 4 | PN | | Ken/Ben/Melanie |
| 5 | RH | | Melanie/Ken/Lisa |
| 6 | MT | | Melanie/Ken/Jeff V. |
| 7 | MT | | Jeff F./Kate/Jeff V. |
| 8 | PN | | Amanda/Eric/Melanie |
| 9 | PN 9:30-1 / MT 1-4 | | Michelle |
| 10 | PN 9:30-1 / MT 1-4 | | Kate/Jeff F./Ben |
| 11 | PN 9:30-1 / MT 1-4 | | N/A |
| 12 | MT | | N/A |
| 13 | RH | | Ken/Amanda/Eric |
| 14 | RH | | Lisa/Michelle |
| 15 | | | N/A |
| 16 | | | N/A |
| 17 | RH | | Jeff V./Ben |
| 18 | | | N/A |
| 19 | RH | | Michelle |
| 20 | RH | | Melanie |
| 21 | PN 11-3 / MT 3-7 | | Lisa/Lisa |
| 22 | PN 11-3 / MT 3-7 | | Jeff,Eric,Melanie |
| 23 | PN 11-3 / MT 3-7 | | Ben/Michelle |
| 24 | PN 11-3 / MT 3-7 | | N/A |
| 25 | PN 11-3 / MT 3-7 | | N/A |
| 26 | | | N/A |
| 27 | RH | | N/A |
| 28 | RH | | N/A |
| 29 | RH | | Lisa |
| 30 | MT | | Amanda/Lisa |
| 31 | MT | | Kate/Jeff F./Jeff V. |
| 32 | PN | | Amanda |
| 33 | MT | | Ben (12 pm game) |
| 34 | MT | | Eric/Michelle/Ken |
| 35 | | | N/A |

01/18/12

D000009

01/18/12

| | G | H |
|---|---|---|
| 36 | | |
| 37 | **GM Staff** | **Intern** |
| 38 | RH | Kate/Jeff F./Jeff V. |
| 39 | PN | Ben/Kate/Amanda |
| 40 | PN | Jeff V./Lisa |
| 41 | PN | N/A |
| 42 | MT | Amanda |
| 43 | PN | Michelle/Amanda |
| 44 | | |

**Game Management Home Schedule**
**Spring 2012**

# Game Management Home Schedule
## Spring 2012

| | Names in green are confirmed Student Workers |
|---|---|
| 01/18/12 | Redacted |

# Game Management Home Schedule
## Spring 2012

01/18/12

| | |
|---|---|
| 36 | (Off Campus) |
| 37 | Names in green are confirmed Student Workers |
| 38 | |
| 39 | |
| 40 | Redacted |
| 41 | |
| 42 | |
| 43 | |
| 44 | |

## Winter Game Management Home Schedule 2010-2011

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Event Day | Event Date | Sport | Institution | Field | Event Time | GM Staff |
| 2 | Saturday | 11/13/2010 | Swimming-M/W | Buff & Blue Alumni | Bristol Pool | tba | |
| 3 | Friday | 11/19/2010 | Basketball (M) | Lehman vs New Paltz | Scott Field House | 6:00 PM | Erin |
| 4 | Friday | 11/19/2010 | Ice Hockey (W) | Middlebury | Sage Rink | 7:00 PM | Steve |
| 5 | Friday | 11/19/2010 | Basketball (M) | Pitt-Bradford | Scott Field House | 8:00 PM | Erin |
| 6 | Saturday | 11/20/2010 | Swimming-M/W | SUNY Geneseo | Bristol Pool | 12:00 PM | |
| 7 | Saturday | 11/20/2010 | Basketball (M) | Lehman, New Paltz, Pitt-Bradford | Scott Field House | 2 & 4 PM | Steve/Steve |
| 8 | Saturday | 11/20/2010 | Ice Hockey (W) | Williams | Sage Rink | 3:00 PM | Erin |
| 9 | Tuesday | 11/23/2010 | Ice Hockey (M) | SUNY Cortland | Sage Rink | 7:00 PM | Mike |
| 10 | Saturday | 11/27/2010 | Basketball (W) | Wells College | Scott Field House | 2:00 PM | Mike |
| 11 | Saturday | 11/27/2010 | Basketball (M) | Wells College | Scott Field House | 4:00 PM | Mike |
| 12 | Monday | 11/29/2010 | Basketball (M) | SUNY-IT | Scott Field House | 7:00 PM | Erin |
| 13 | Wednesday | 12/1/2010 | Basketball (M) | Utica College | Scott Field House | 7:00 PM | Steve |
| 14 | Friday-Sun | 12/3-05/10 | Squash-M/W | Invitational | Little Squash Cts | TBA | |
| 15 | Friday | 12/3/2010 | Ice Hockey (M) | St. Michael's | Sage Rink | 7:00 PM | Erin |
| 16 | Saturday | 12/4/2010 | Ice Hockey (M) | Norwich | Sage Rink | 3:00 PM | Erin |
| 17 | Friday | 12/10/2010 | Ice Hockey (W) | RIT | Sage Rink | 7:00 PM | Mike |
| 18 | Saturday | 12/11/2010 | Basketball (W) | Williams | Scott Field House | 2:00 PM | Mike |
| 19 | Friday | 1/7/2011 | Ice Hockey (M) | Middlebury | Sage Rink | 7:00 PM | Steve |
| 20 | Saturday | 1/8/2011 | Ice Hockey (M) | Williams | Sage Rink | 3:00 PM | Steve |
| 21 | Friday | 1/14/2011 | Basketball (W) | Union | Scott Field House | 6:00 PM | Mike |
| 22 | Friday | 1/14/2011 | Basketball (M) | Union | Scott Field House | 8:00 PM | Mike |
| 23 | Saturday | 1/15/2011 | Basketball (W) | Skidmore | Scott Field House | 2:00 PM | Mike |
| 24 | Saturday | 1/15/2011 | Swimming-M/W | Middlebury | Bristol Pool | 2:00 PM | |
| 25 | Saturday | 1/15/2011 | Basketball (M) | Skidmore | Scott Field House | 4:00 PM | Mike |
| 26 | Saturday | 1/15/2011 | Ice Hockey (W) | Bowdoin | Sage Rink | 7:00 PM | Mike |
| 27 | Sunday | 1/16/2011 | Ice Hockey (W) | Colby | Sage Rink | 3:00 PM | Steve |
| 28 | Tuesday | 1/18/2011 | Basketball (M) | Middlebury | Scott Field House | 7:00 PM | Mike |
| 29 | Wednesday | 1/19/2011 | Ice Hockey (W) | SUNY Oswego | Sage Rink | 7:00 PM | Steve |
| 30 | Friday | 1/21/2011 | Ice Hockey (M) | Castleton | Sage Rink | 7:00 PM | Steve |
| 31 | Saturday | 1/22/2011 | Basketball (M) | Skidmore | Sage Rink | 3:00 PM | Erin |
| 32 | Saturday | 1/22/2011 | Ice Hockey (W) | Amherst | Sage Rink | 7:00 PM | Erin |
| 33 | Saturday | 1/22/2011 | Indoor Track-M/W | Hamilton Meet | Scott Field House | TBA | Steve |

## Winter Game Management Home Schedule 2010-2011

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 34 | | | | | | | |
| 35 | **Event Day** | **Event Date** | **Sport** | **Institution** | **Field** | **Event Time** | **GM Staff** |
| 36 | Sunday | 1/23/2011 | Ice Hockey (W) | Amherst | Sage Rink | 3:00 PM | Erin |
| 37 | Tuesday | 1/25/2011 | Ice Hockey (W) | SUNY Potsdam | Sage Rink | 7:00 PM | Steve |
| 38 | Friday | 1/28/2011 | Basketball (W) | Clarkson | Scott Field House | 6:00 PM | Mike |
| 39 | Friday | 1/28/2011 | Basketball (M) | Clarkson | Scott Field House | 8:00 PM | Mike |
| 40 | Sat-Sun | 1/29-30/11 | Squash (M/W) | Harvard, MtHoly, Williams | Little Squash Cts | TBA | |
| 41 | Saturday | 1/29/2011 | Basketball (W) | SLU | Scott Field House | 2:00 PM | Erin |
| 42 | Saturday | 1/29/2011 | Swimming-M/W | Union | Bristol Pool | 2:00 PM | |
| 43 | Saturday | 1/29/2011 | Basketball (M) | SLU | Scott Field House | 4:00 PM | Erin |
| 44 | Tuesday | 2/1/2011 | Ice Hockey (W) | SUNY Cortland | Sage Rink | 7:00 PM | Steve |
| 45 | Wednesday | 2/2/2011 | Basketball (W) | SUNY Morrisville | Scott Field House | 6:00 PM | Steve |
| 46 | Friday | 2/4/2011 | Ice Hockey (M) | Colby | Sage Rink | 7:00 PM | Erin |
| 47 | Saturday | 2/5/2011 | Ice Hockey (M) | Bowdoin | Sage Rink | 3:00 PM | Mike |
| 48 | Saturday | 2/5/2011 | Indoor Track-M/W | Hamilton College Invitational | Scott Field House | tba | Erin |
| 49 | Tuesday | 2/8/2011 | Basketball (W) | William Smith | Scott Field House | 6:00 PM | Steve |
| 50 | Tuesday | 2/8/2011 | Basketball (M) | Hobart | Scott Field House | 8:00 PM | Steve |
| 51 | Friday | 2/11/2011 | Ice Hockey (W) | Conn College | Sage Rink | 7:00 PM | Erin |
| 52 | Sat-Sun | 2/12-13/11 | Squash (M/W) | Invite | Little Squash Cts | tba | |
| 53 | Saturday | 2/12/2011 | Ice Hockey (W) | Conn College | Sage Rink | 3:00 PM | Erin |
| 54 | Saturday | 2/12/2011 | Indoor Track-M/W | Liberty League Championships | Scott Field House | tba | Mike |
| 55 | Friday | 2/18/2011 | Basketball (W) | Vassar | Scott Field House | 6:00 PM | Mike |
| 56 | Friday | 2/18/2011 | Ice Hockey (W) | Trinity | Sage Rink | 7:00 PM | Erin |
| 57 | Friday | 2/18/2011 | Basketball (M) | Vassar | Scott Field House | 8:00 PM | Mike |
| 58 | Saturday | 2/19/2011 | Basketball (W) | RPI | Scott Field House | 2:00 PM | Steve |
| 59 | Saturday | 2/19/2011 | Ice Hockey (W) | Wesleyan | Sage Rink | 3:00 PM | Erin |
| 60 | Saturday | 2/19/2011 | Basketball (M) | RPI | Scott Field House | 4:00 PM | Steve |

# Winter Game Management Home Schedule
## 2010-2011

| H | Intern | I |
|---|---|---|
| 1 | Intern | Names in green are confirmed Student Workers |
| 2 |  | xxxxxxxxxx |
| 3 | Emily |  |
| 4 | **Drew**/Justin |  |
| 5 | Matt |  |
| 6 |  |  |
| 7 | Drew (2 pm)/ Matt (4 pm) |  |
| 8 | **Jeff**/Molly |  |
| 9 | **Drew**/Ben |  |
| 10 | Matt |  |
| 11 | Emily |  |
| 12 | Justin |  |
| 13 | Jeff |  |
| 14 |  |  |
| 15 | **Matt**/Seth |  |
| 16 | **Molly**/Ben |  |
| 17 | **Ben**/Molly |  |
| 18 | Jeff |  |
| 19 | **Justin**/Emily |  |
| 20 | **Seth**/Drew |  |
| 21 | Molly |  |
| 22 | Ben |  |
| 23 | Matt |  |
| 24 |  |  |
| 25 | Jeff |  |
| 26 | **Emily**/Justin |  |
| 27 | **Seth**/Ben |  |
| 28 | Drew |  |
| 29 | **Matt**/Molly |  |
| 30 | **Emily**/Jeff |  |
| 31 | **Justin**/Ben |  |
| 32 | **Seth**/Matt |  |
| 33 | Justin |  |

10/19/10

D000015

# Winter Game Management Home Schedule
## 2010-2011

| H | I |
|---|---|
| 34 | |
| 35 Intern | Names in green are confirmed Student Workers |
| 36 **Drew**/Molly | xxxxxxxxx |
| 37 **Emily**/Jeff | |
| 38 Drew | |
| 39 Matt | |
| 40 | |
| 41 Ben | |
| 42 | |
| 43 Molly | |
| 44 **Seth**/Emily | |
| 45 Justin | |
| 46 **Jeff**/Seth | |
| 47 **Molly**/Emily | |
| 48 Seth | |
| 49 Ben | |
| 50 Seth | |
| 51 **Justin**/Emily | |
| 52 | |
| 53 **Jeff**/Seth | |
| 54 Drew | |
| 55 Molly | |
| 56 **Ben**/Jeff | |
| 57 Molly | |
| 58 Emily | |
| 59 **Seth**/Jeff | |
| 60 Ben | |

10/19/10

D000016