# Exhibit V


# BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

CLIFFORD G. TSAN, ESQ.
ctsan@bsk.com
P: 315.218.8252
F: 315.218.8978

June 12, 2013

**VIA UPS OVERNIGHT**

Robert W. Ottinger, Esq.
The Ottinger Firm, P.C.
20 West 55th Street, 6th Floor
New York, NY 10019

Re:  *Benjamin J. Kozik v. Hamilton College*
     *Civil Action No. 6:12-CV-01870 (LEK/TWD)*

Dear Mr. Ottinger:

Please find enclosed a disc containing meal plan records produced by Hamilton College, bates-number D000351 – D000397, that have been designated as Highly Confidential pursuant to the parties' Stipulated Protective Order. We are still processing additional records and will produce them as soon as practicable.

Thank you.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Clifford G. Tsan
Enclosures

2164672.4 6/12/2013



# BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**CLIFFORD G. TSAN, ESQ.**
ctsan@bsk.com
P: 315.218.8252
F: 315.218.8978

June 13, 2013

**VIA UPS OVERNIGHT**

Robert W. Ottinger, Esq.
The Ottinger Firm, P.C.
20 West 55th Street, 6th Floor
New York, NY 10019

Re:   *Benjamin J. Kozik v. Hamilton College*
      *Civil Action No. 6:12-CV-01870 (LEK/TWD)*

Dear Mr. Ottinger:

Please find enclosed a disc containing additional meal plan records produced by Hamilton College, bates-number D000398 – D000477, that have been designated as Highly Confidential pursuant to the parties' Stipulated Protective Order.

Thank you.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Clifford G. Tsan
Enclosures

2164672.5 6/13/2013

Attorneys At Law | A Professional Limited Liability Company