# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of (i) Plaintiff's Notice of Motion for Conditional Collective Action Certification, Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, and Discovery of Names of Other Potential Plaintiffs, (ii) Memorandum of Law in Support of Plaintiff's Motion for Conditional Collective Action Certification, Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, and Discovery of Names of Other Potential Plaintiffs and, (iii) Declaration of Robert W. Ottinger in Support of Motion for Conditional Collective Action Certification, Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, and Discovery of Names of Other Potential Plaintiffs, all dated June 17, 2013, were served via this Court's ECF system on this 17th day of June 2013, upon the following counsel for Defendant:

> Louis Orbach, Esq.
> Bond, Schoeneck, & King PLLC
> One Lincoln Center
> Syracuse, NY 13202
> lorbach@bsk.com

_____
Joseph Jampel