UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BENJAMIN J. KOZIK, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

HAMILTON COLLEGE,

                Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No.:
6:12-CV-01870 (LEK/TWD)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant or an incompetent person, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 28, 2014

THE OTTINGER FIRM, P.C.

By: _____
    Robert W. Ottinger (513558)
    Denise Rubin Glatter (518444)
20 West 55th Street, 6th Floor
New York, New York 10019
Telephone: (212) 571-2000
Fax: (212) 571-0505
denise@ottingerlaw.com
*Attorneys for Plaintiff*

Dated: March 28, 2014

BOND, SCHOENECK & KING, PLLC

By: _____
    Louis P. DiLorenzo (501344)
    Louis Orbach (507815)
One Lincoln Center
Syracuse, New York 13202
Telephone (315) 218-8000
Fax: (315) 218-8100

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated: March 31, 2014
Albany, NY